IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JITENDRAKUMAR BALDEVBHAI PATEL and BHAVNABEN JITENDRAKUMAR PATEL,<br><br>     Plaintiffs,<br><br>          v.<br><br>UR JADDOU, Director for USCIS; and THE UNITED STATES,<br><br>     Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*   CV 624-010<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

O R D E R

This matter is before the Court on its own accord. Plaintiffs filed this lawsuit on March 7, 2024. (Doc. 1.) Plaintiffs had ninety days thereafter to serve Defendants. See FED. R. CIV. P. 4(m). Under both the Federal Rules of Civil Procedure and this Court's Local Rules, proof of service of the summons and complaint, or waiver of such service, must be filed with the Court. FED. R. CIV. P. 4(l); L.R. 4.3, SDGa. ("It shall be the responsibility of the plaintiff or plaintiff's attorney to effectuate prompt service of the summons and a copy of the complaint or to obtain and file a signed waiver of service in accordance with Rule 4 of the Federal Rules of Civil Procedure."). However, Plaintiffs have failed to show they have served the summons and complaint upon either of the Defendants within this ninety-day window.

Accordingly, the Court **HEREBY ORDERS** Plaintiffs to file a proof of service as to both Defendants, or in the alternative, to show cause in writing **WITHIN FOURTEEN (14) DAYS** from the date of this Order why this case should not be dismissed for failure to timely perfect service on Defendants.

**ORDER ENTERED** at Augusta, Georgia, this 8th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA