IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JITENDRAKUMAR BALDEVBHAI PATEL and BHAVNABEN JITENDRAKUMAR PATEL,<br><br>    Plaintiffs,<br><br>    v.<br><br>UR JADDOU, Director for USCIS; and THE UNITED STATES,<br><br>    Defendants. | CV 624-010 |

## O R D E R

Before the Court is Plaintiffs' notice of dismissal without prejudice. (Doc. 5.) This notice was filed prior to Defendants having served an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA